| Debtor(s): | Cynthia Pope | SS#: **XXX-XX-4618** | Case No.: 17-01492 Net Monthly Earnings: | **$1,200.00** |
|---|---|---|---|---|
| | | SS#: | Number of Dependents: | **0** |

## AMENDED CHAPTER 13 PLAN

1. Plan Payments:

    ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly

    ( **X** ) Debtor(s) propose to pay direct a total of $ **1,200** into the plan; or

    (   ) Payroll deduction Order: To _____ for $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

☒ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **50,393**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| N/A | | | |

   B. Total Attorney Fee: $ **3,000**; **$500** paid pre-petition; $1,670 to be paid at confirmation, $560 for 1 month and then $270 for 1 month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| American's Servicing Company | $78,446 | ☐ by Trustee ☒ by Debtor $820 | April, 2017 | $14,200 | March, 2017 | 0% | $274 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Federal Employees Credit Union** | $289 | $32,967 | $28,875 | $4,092 | 2011 Infinity Q56 | 4.30% | $697 | Sept, 2017 |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| | | | | |

IV. Special Provisions:

   ☐ This is an original plan.

   ☒ This is an amended plan replacing plan dated **05/01/2017**.

   ☐ This plan proposes to pay unsecured creditors 100%..

   ☒ Other Provisions: Attorney fees for Debtor's attorney shall be paid with monthly fixed payments pursuant to Administrative Order 11-01.

| Attorney for Debtor Name/Address/Telephone # | Date **05/15/2017** | **/s/ Cynthia Pope** |
|---|---|---|
| **/s/ CINDEE DALE HOLMES** | | Debtor |
| **1909 5TH AVENUE NORTH SUITE 200 BIRMINGHAM, AL 35203** | | Signature of Debtor |
| Telephone # **205-254-3664** | | |

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy